IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG O. MAJORS, | ) |
| Petitioner, | ) |
| v. | ) No. 3:13-cv-00543 |
| DAVID SEXTON, | ) Judge Campbell |
| Respondent. | ) |

**ORDER**

Petitioner Craig O. Majors, a state prisoner incarcerated at the Northeast Correctional Complex in Mountain City, Tennessee, has filed a petition under 28 U.S.C. § 2254 challenging the judgment entered against him and the sentence imposed by the Montgomery County Circuit Court in 2008. (ECF No. 1.) The $5.00 filing fee has been paid in full.

As it is not apparent from the petition that the petitioner is not entitled to relief, Rule 4, Rules Gov'g § 2254 Cases, the respondent is **DIRECTED** to file an answer, plead or otherwise respond to the petition in accordance with Rule 5, Rules Gov'g § 2254 Cases, within **60 days** of the date of entry of this order. The respondent also is directed to file a complete copy of the documents referenced in Rule 5(c) and (d) of the Rules Governing § 2254 Cases.

The Clerk is **DIRECTED** to serve a copy of the petition and this order on the respondent and the Attorney General for the State of Tennessee. Rule 4, Rules Gov'g § 2254 Cases.

It is so **ORDERED**.

_Todd Campbell_
Todd Campbell
United States District Judge